

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2015

<u>By ECF</u>

The Honorable Andrew J. Peck
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:   *United States* v. *David Bengis*,
            **03 Cr. 308 (LAK) (AJP)**

Dear Judge Peck:

      The parties have conferred following the Second Circuit's remand on the issue of restitution as to defendant David Bengis, and jointly request sixty days to seek to reach a negotiated resolution of this matter. Before the conclusion of that time period, the parties would propose submitting a status update to the Court by letter.

                                     Respectfully submitted,

                                     PREET BHARARA
                                   United States Attorney

                          By:  ____/s/_____
                                 Jared Lenow/Alexander J. Wilson
                                 Assistant United States Attorneys
                                 (212) 637-1068/2453

Enclosure

**cc (by ECF):**

Eric M. Creizman, Esq.
*Counsel for defendant David Bengis*