# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  May 4, 2015                                    **Total Number of Pages**: 2


**MEMO ENDORSED:**

Approved - counsel are to advise the Court by no later then 7/2/15.


Copies by ECF to:  All Counsel
                   Judge Kaplan

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/4/15

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2015

By ECF

The Honorable Andrew J. Peck
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED** 5/4/15

Approved — counsel are to submit [illegible] status ltr — 7/2/15.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Re:  *United States* v. *David Bengis*,
     03 Cr. 308 (LAK) (AJP)

Dear Judge Peck:

The parties have conferred following the Second Circuit's remand on the issue of restitution as to defendant David Bengis, and jointly request sixty days to seek to reach a negotiated resolution of this matter. Before the conclusion of that time period, the parties would propose submitting a status update to the Court by letter.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: ___/s/_____
Jared Lenow/Alexander J. Wilson
Assistant United States Attorneys
(212) 637-1068/2453

Enclosure

**cc (by ECF):**

Eric M. Creizman, Esq.
*Counsel for defendant David Bengis*